UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Dorothy Mae Bogard                                     Chapter 13
                                                                Case No. ___
Debtor.

## Chapter 13 Plan

Address:    Debtor   4081 Berrywood Ave., Memphis, TN 38118

Plan Payment:

Debtor Shall Pay:  $ 995.00   Monthly    By: Social Security   (X) Direct Pay
    Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                                    (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                                   ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment  ( ) Trustee To:         Monthly Pmt.
                      ongoing payment begins

5. Priority Claims:                                                                              Monthly Pmt.
                                                    Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( X ) Paid by Trustee To:            Monthly Pmt.
   Village Capital Mortgage      ongoing payment begins   February 2020                          $726.00
                              Approximate arrearage    $6,534.00      Interest    0.00%          $109.00

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:     Collateral Value    Interest Rate   Monthly Pmt.
   World Finance (hhg)                                     $       800.00          0.00%          $20.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

                                                                 Collateral Value     Interest Rate     Monthly Pmnt.

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   Chrysler Capital         Collateral  2008 Chrysler 300 (surrender interest)

10. Special Class Unsecured Claims:                Collateral Value     Interest Rate     Monthly Pmnt.

11. Student Loan Claims and Other Long Term Claims:

                                                 ( ) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:  ( ) _____ ;
    Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

                                                 ( ) Assume     ( ) Reject

17. Completion:   Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908         Date   October 9, 2019
    Debtor's Attorney's Signature

                                                                                           October 14, 2019

                                                                                           910 > April 15, 2017